**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **PUERTO RICO HOSPITAL SUPPLY, INC.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 66-0388425 | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **BARRIO MARTIN GONZALEZ CARR 860 KM 0.1**<br>**Carolina, PR 00986-0158**<br>Number, Street, City, State & ZIP Code | **CALL BOX 158**<br>**Carolina, PR 00986-0158**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Carolina<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**
Name

Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**
Name

Case number *(if known)*

**11. Why is the case filed in this district?**   *Check all that apply.*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **PUERTO RICO HOSPITAL SUPPLY, INC.**
Name                                                                    Case number (if known)

▮   Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/26/2019
              MM / DD / YYYY

X _____               **FELIX B. SANTOS**
Signature of authorized representative of debtor    Printed name

Title   **PRESIDENT**

18. Signature of attorney

X _____               Date   2/26/19
Signature of attorney for debtor                       MM / DD / YYYY

**ALEXIS FUENTES-HERNANDEZ**
Printed name

**FUENTES LAW OFFICES**
Firm name

**PO BOX 90227266**
**San Juan, PR 00902-2726**
Number, Street, City, State & ZIP Code

Contact phone   **787-722-5215**       Email address   **ALEX@FUENTESLAW.COM**

**USDC-PR 217201 PR**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

**Fill in this information to identify the case:**

Debtor name    **PUERTO RICO HOSPITAL SUPPLY, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
■   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
■   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐   *Schedule H: Codebtors (Official Form 206H)*
☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐   *Amended Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐   *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/26/2019    x _____
                                          Signature of individual signing on behalf of debtor

                                        **FELIX B. SANTOS**
                                        Printed name

                                        **PRESIDENT**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **PUERTO RICO HOSPITAL SUPPLY, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

| 2.1 | **BANCO SANTANDER DE PR** | | $24,793,912.51 | $24,973,912.51 |
|---|---|---|---|---|

Creditor's Name

**PONCE DE LEON AVENUE FLOOR 7**
**San Juan, PR 00917-1818**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**SECURED BY UCC FILINGS OVER INVENTORIES AND ACCOUNTS RECEIVABLE.**

**Describe the lien**
**BANK LOANS**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$24,793,912.51

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **PUERTO RICO HOSPITAL SUPPLY, INC.**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes  Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**DEPARTMENT OF TREASURY (INCOME TAX)**<br>PO BOX 9024140<br>OFFICE 424B<br>San Juan, PR 00902-4140 | As of the petition filing date, the claim is:<br>*Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**DEPARTMENT OF TREASURY (IVU)**<br>PO BOX 9024140<br>OFFICE 424B<br>San Juan, PR 00902-4140 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**
_Name_   Case number (if known)

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date  the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.3 **INTERNAL REVENUE SERVICE**
**CITY VIEW PLAZA II 48 CARR 165**
**SUITE 200**
**Guaynabo, PR 00968**

As of the petition filing date  the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.4 **MUNICIPAL REVENUE**
**COLLECTION CENTER**
**PO BOX 195387**
**San Juan, PR 00919-5387**

Priority creditor's name and mailing address

As of the petition filing date. the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$915,593.55   $0.00

Date or dates debt was incurred
**2017**

Basis for the claim:
**PERSONAL PROPERTY TAXES**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.5 **MUNICIPIO DE FAJARDO**
**PO BOX 7346**
**APARTADO 865**
**Fajardo, PR 00738**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.6 **PR DEPARMENT OF LABOR**
**PO BOX 195540**
**San Juan, PR 00919-5540**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor  **PUERTO RICO HOSPITAL SUPPLY, INC.**    Case number (if known) _____
_____Name_____

| 2.7 | Priority creditor's name and mailing address **STATE INSURANCE FUND CORPORATION** PO BOX 365028 San Juan, PR 00936-5028 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address **3B MEDICAL, INC** 799 OVERLOOK DR Winter Haven, FL 33884 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $10,788.65 |

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address **3M CORPORATE** PO BOX 844127 Dallas, TX 75284-4127 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,729.60 |

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address **3M DE PR, INC.** PO BOX 70286 San Juan, PR 00936 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $106,068.92 |

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address **A.A.A.** PO BOX 766 San Juan, PR 00916-7060 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $539.83 |

Date(s) debt was incurred _____

Last 4 digits of account number  7864

Basis for the claim:  **UTILITIES - WATER**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address **A.A.A.** PO BOX 70101 San Juan, PR 00936-8101 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $272.36 |

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **UTILITIES - WATER**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PUERTO RICO HOSPITAL SUPPLY, INC.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $43,862.69 |
|---|---|---|---|
| | **A.E.E.**<br>PO BOX 363508<br>San Juan, PR 00936-3508 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  UTILITIES - ELECTRICITY | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,441.09 |
|---|---|---|---|
| | **AC TECHNICAL SERVICES CORP**<br>URB. COUNTRY CLUB<br>803 CALLE MOLUCAS (AVE ITURREGUI)<br>San Juan, PR 00924 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  REPAIRS AND MAINTENANCE | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,109.40 |
|---|---|---|---|
| | **ACCU-SCOPE INC**<br>73 MALL DR.<br>Commack, NY 11725 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  INVENTORY | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.69 |
|---|---|---|---|
| | **ADLINK, INC**<br>PO BOX 362884<br>San Juan, PR 00936-2884 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  ADVERTISING | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,261.29 |
|---|---|---|---|
| | **ADP, INC**<br>PO BOX 842854<br>Boston, MA 02284-2854 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  PAYROLL SERVICES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,912.00 |
|---|---|---|---|
| | **ADVANCED FIRE PROTECTION**<br>PO BOX 3971<br>Carolina, PR 00984-3971 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  MAINTENANCE | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $105,245.60 |
|---|---|---|---|
| | **ADVANCED MEDICAL DESIGNS**<br>1241 ATLANTA INDUSTRIAL DRIVE<br>Marietta, GA 30066 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  INVENTORY | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **PUERTO RICO HOSPITAL SUPPLY, INC.**      Case number *(if known)*
Name

| | |
|---|---|
| **3.13** Nonpriority creditor's name and mailing address<br>**AGROPHARMA LABS**<br>PO BOX 1150<br>Salinas, PR 00751<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __INVENTORY__<br><br>Is the claim subject to offset? ☐ No ☐ Yes     **$4,884.30** |
| **3.14** Nonpriority creditor's name and mailing address<br>**ALCOR SCIENTIC, INC**<br>20 THURBER BOULEVARD<br>SMITHFIELD, RI 00291-7000<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __INVENTORY__<br><br>Is the claim subject to offset? ■ No ☐ Yes     **$6,447.25** |
| **3.15** Nonpriority creditor's name and mailing address<br>**ALPHA SCIENTIFIC CORP**<br>PO BOX 725<br>Southeastern, PA 19399<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __INVENTORY__<br><br>Is the claim subject to offset? ■ No ☐ Yes     **$750.00** |
| **3.16** Nonpriority creditor's name and mailing address<br>**ALVARADO TAX & BUSINESS**<br>PO BOX 195598<br>San Juan, PR 00919-5598<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __TAX CONSULTING SERVICES__<br><br>Is the claim subject to offset? ■ No ☐ Yes     **$3,358.16** |
| **3.17** Nonpriority creditor's name and mailing address<br>**AMERICAN 3B SCIENTIFIC**<br>2189 FLINTONE DRIVE<br>SUITE 0<br>Tucker, GA 30084<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __INVENTORY__<br><br>Is the claim subject to offset? ☐ No ☐ Yes     **$1,250.00** |
| **3.18** Nonpriority creditor's name and mailing address<br>**AMERICAN DIAGNOSTIC CORP**<br>55 COMMERCE DR.<br>Hauppauge, NY 11788<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __INVENTORY__<br><br>Is the claim subject to offset? ■ No ☐ Yes     **$892.11** |
| **3.19** Nonpriority creditor's name and mailing address<br>**AMSINO**<br>708 CORPORATE CENTER DR.<br>Pomona, CA 91768<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __INVENTORY__<br><br>Is the claim subject to offset? ■ No ☐ Yes     **$97,871.25** |

Debtor  **PUERTO RICO HOSPITAL SUPPLY, INC.**    Case number (if known) _____
     Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,625.00 |
|---|---|---|---|

**ANSELL HEALTHCARE PRODUCTS**
**DEPT CH 17373**
**Palatine, IL 60055-7373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,060.88 |
|---|---|---|---|

**ANSELL SANDEL MEDICAL**
**19736 DEARBORN STREET**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,482.19 |
|---|---|---|---|

**AQUA-GULD X-PRESS**
**CALLE ALDEA #1258**
**EDIFICIO UNICA SUITE 300**
**San Juan, PR 00907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **FREIGHT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,785.82 |
|---|---|---|---|

**ASPEN SURGICAL PRODUCTS**
**3998 RELIABLE PARKWAY**
**Chicago, IL 60686-0039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,366.88 |
|---|---|---|---|

**AT&T MOBILITY**
**PO BOX 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  9109

Basis for the claim:   **TELEPHONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,393.29 |
|---|---|---|---|

**AT&T MOBILITY PUERTO RICO**
**PO BOX 70261**
**San Juan, PR 00936-8261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  6124

Basis for the claim:   **TELEPHONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.01 |
|---|---|---|---|

**AVALON PAPERS, LLC**
**PO BOX 3967**
**Oshkosh, WI 54903-3967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**                Case number (if known)
         Name

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | $68,149.40 |
| | AVANOS MEDICAL, INC | |
| | 5405 WINDWARD PARKWAY | |
| | SUITE 100 SOUTH | |
| | Alpharetta, GA 30004 | |

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | $1,038,031.64 |
| | B BRAUN | |
| | 824 TWELFTH AVE | |
| | Bethlehem, PA 18018 | |

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | $495,752.07 |
| | BD DIAGNOSTICS | |
| | 21588 NETWORK PLACE | |
| | Chicago, IL 60673-1215 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | $857,165.59 |
| | BD MEDICAL SURGICAL SYSTEMS | |
| | PO BOX 70942 | |
| | Chicago, IL 60673-0942 | |

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | $199,299.20 |
| | BD MICROBIOLOGY SYSTEM | |
| | PO BOX 70942 | |
| | Chicago, IL 60673 | |

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | $6.10 |
| | BEMIS COMPANY, INC | |
| | 2200 BADGER AVENUE | |
| | Oshkosh, WI 54904 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | $13,520.00 |
| | BIOSYNERGY, INC | |
| | 1940 E DEVON AVE | |
| | Elk Grove Village, IL 60007 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **PUERTO RICO HOSPITAL SUPPLY, INC.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.34** | Nonpriority creditor's name and mailing address
**BMF, INC**
PO BOX 277
Caguas, PR 00725-0277

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

$636.00

---

**3.35** | Nonpriority creditor's name and mailing address
**BOVIE MEDICAL CORPORATION**
5115 ULMERTON ROAD
Clearwater, FL 33760

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

$304.80

---

**3.36** | Nonpriority creditor's name and mailing address
**BRACCO DIAGNOSTICS INC**
PO BOX 978952
Dallas, TX 75397-8952

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

$18,060.73

---

**3.37** | Nonpriority creditor's name and mailing address
**BRIGSS HEALTHCARE**
4900 UNIVERSITY AVE
SUITE 200
West Des Moines, IA 50266

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

$4,232.00

---

**3.38** | Nonpriority creditor's name and mailing address
**BSN MEDICAL, INC**
PO BOX 751766
Charlotte, NC 28275-1766

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

$158,449.67

---

**3.39** | Nonpriority creditor's name and mailing address
**CARDIAC SCIENCE CORPORATION**
PO BOX 776401
Chicago, IL 60677-6401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

$14,235.00

---

**3.40** | Nonpriority creditor's name and mailing address
**CARDINAL HEALTH PR 120**
PO BOX 366211
San Juan, PR 00936-6211

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

$15,049.83

---

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.41** Nonpriority creditor's name and mailing address<br>**CARDINAL SCALE MFG CO**<br>203 EAST DAUGHTERY<br>Webb City, MO 64870<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$5,990.60** |
| **3.42** Nonpriority creditor's name and mailing address<br>**CARDIOPULMONARY**<br>3002 N.W. 79 AVENUE<br>Miami, FL 33166<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,410.00** |
| **3.43** Nonpriority creditor's name and mailing address<br>**CAREFUSION CORP**<br>25146 NETWORK PLACE<br>Chicago, IL 60673<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  5408 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,959.27** |
| **3.44** Nonpriority creditor's name and mailing address<br>**CARESTREAM HEALTH PUERTO RICO**<br>PO BOX 70231<br>San Juan, PR 00936-8231<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$905,081.01** |
| **3.45** Nonpriority creditor's name and mailing address<br>**CARESTREAM HEALTH PUERTO RICO**<br>PO BOX 70231<br>San Juan, PR 00936-8231<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,797.98** |
| **3.46** Nonpriority creditor's name and mailing address<br>**CARIBE RECYCLING CORP**<br>PMC 20 HC-01<br>BOX 29030<br>Caguas, PR 00725-8900<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SERVICES**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$6,480.42** |
| **3.47** Nonpriority creditor's name and mailing address<br>**CARLOS R. BARALT, PSC**<br>PO BOX 195103<br>San Juan, PR 00919-5103<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **PROFESSIONAL SERVICES**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,243.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**
Name

Case number (if known)

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,212.97 |
|---|---|---|---|

**CARSTENS HEALTH IND, INC**
PO BOX 99110
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **INVENTORY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $284,909.81 |
|---|---|---|---|

**CASELLAS ALCOVER & BURGOS**
PO BOX 364924
San Juan, PR 00936-4924

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **PROFESSIONAL SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,277.50 |
|---|---|---|---|

**CINCINNATI SUB-ZERO**
12011 MOSTELLER ROAD
Cincinnati, OH 45241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **INVENTORY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**COLEGIO ADM DE SERVICIOS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **SPONSOR**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.14 |
|---|---|---|---|

**CONE INSTRUMENTS**
DEPT. 2465
PO BOX 11407
Birmingham, AL 35246-2465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **INVENTORY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,773.84 |
|---|---|---|---|

**CONMED CORPORATION**
CHURCH STREET STATION
PO BOX 6814
New York, NY 10249-6814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **INVENTORY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,838.20 |
|---|---|---|---|

**COOPER SURGICAL**
PO BOX 712280
Cincinnati, OH 45271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **INVENTORY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PUERTO RICO HOSPITAL SUPPLY, INC.**
Name

Case number (if known)

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $295.43 |
|------|-------------------------------------------------|--------------------------------------------------------------------|---------|

**DESIGN VERONIQUE**
999 MARINA WAY SOUTH
Richmond, CA 94804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **INVENTORY**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $203,248.14 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------------|

**DJ ORTHOPEDICS/ENCORE**
PO BOX 650777
Dallas, TX 75265-0777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **INVENTORY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $288.75 |
|------|-------------------------------------------------|--------------------------------------------------------------------|---------|

**DLL FINANCIAL SERVICES**
PO BOX 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **SERVICES**

Last 4 digits of account number  8708

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,417.40 |
|------|-------------------------------------------------|---------------------------------------------------------------------|-----------|

**DQS MEDIZINPRODUKTE GMBH**
AUGUST-SCHANZ STR 21
60433 FRANKFURT A.M.
FRANKFURT, DE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **CERTIFICATIONS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $836.26 |
|------|-------------------------------------------------|---------------------------------------------------------------------|---------|

**DUARTE WASTE**
PMB 1820 C/PARRIS 243
San Juan, PR 00917-3632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **GARBAGE DISPOSAL**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,837.88 |
|------|-------------------------------------------------|---------------------------------------------------------------------|------------|

**DYNAREX CORPORATION**
10 GLENSHAW STREET
Orangeburg, NY 10962

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **INVENTORY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $12,339.93 |
|------|-------------------------------------------------|--------------------------------------------------------------------|------------|

**ECU WORLDWIDE**
2401 N.W. 69TH STREET
Miami, FL 33147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FREIGHT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **PUERTO RICO HOSPITAL SUPPLY, INC.**                     Case number (if known)
            Name

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,625.00
| EJ TRANSPORT | ☐ Contingent |
| EXT SANTA MARIA | ☐ Unliquidated |
| CALLE LIMONCILLO 17B | ☐ Disputed |
| San Juan, PR 00927 | |
| Date(s) debt was incurred __ | Basis for the claim:  DIESEL |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,001.25
| EL HORREO DE V SUAREZ | ☐ Contingent |
| PO BOX 364588 | ☐ Unliquidated |
| San Juan, PR 00936-4588 | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  WATER SERVICES |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,039.50
| ENVISION TECHNOLOGIES | ☐ Contingent |
| PMB 345 | ☐ Unliquidated |
| 100 GRAN BULEVAR PASEOS | ☐ Disputed |
| San Juan, PR 00926-5955 | |
| Date(s) debt was incurred __ | Basis for the claim:  SYSTEMS MAINTENANCE |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,523.80
| ESB PUERTO RICO | ☐ Contingent |
| PO BOX 4825 | ☐ Unliquidated |
| Carolina, PR 00984-4825 | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  REPAIRS |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $983.41
| EXIPO DESIGN | ☐ Contingent |
| CORUJO INDUSTRIAL PARK | ☐ Unliquidated |
| CALLE C #46 LOTE A-6 | ☐ Disputed |
| Bayamon, PR 00961 | |
| Date(s) debt was incurred __ | Basis for the claim:  LEASE |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $858.44
| FACSIMILE PAPER CONN. CORP | ☐ Contingent |
| PO BOX 363122 | ☐ Unliquidated |
| San Juan, PR 00936-3122 | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  OFFICE SUPPLIES |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,799.52
| FASHION SEAL UNIFORM | ☐ Contingent |
| PO BOX 748000 | ☐ Unliquidated |
| Cincinnati, OH 45274-8000 | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  UNIFORMS |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**   Case number (if known)
Name

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**FEDERAL EXPRESS CORP**<br>PO BOX 371461<br>Pittsburgh, PA 15250-7461<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** FREIGHT<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,887.86 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**FORDION PACKAGING LTD**<br>637 WYCOFF AVE. #335<br>Wyckoff, NJ 07481<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** INVENTORY<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,247.00 |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**FPV & GALINDEZ**<br>PO BOX 364152<br>San Juan, PR 00936-4152<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** ACCOUNTING SERVICES<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,232.89 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**FUSIONWORKS, INC**<br>#120 AVE CONDADO<br>EDIFICIO PICO CENTER, SUITE 102<br>SAN JUAN, PR 00972-7550<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** SERVICES<br><br>Is the claim subject to offset? ■ No ☐ Yes | $62,762.70 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**GENDRON, INC**<br>DRAWER #1337<br>PO BOX 5935<br>Troy, MI 48007-5935<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** INVENTORY<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,950.00 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**GENERAL PHYSIOTHERAPY, INC**<br>13222 LAKEFRONT DR<br>Earth City, MO 63045-1504<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** INVENTORY<br><br>Is the claim subject to offset? ■ No ☐ Yes | $676.00 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**GENSTAR TECHNOLOGIES**<br>4525 EDISON AVE.<br>Chino, CA 91710<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** INVENTORY<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,817.02 |

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.76 | Nonpriority creditor's name and mailing address<br>**GENTELL**<br>**2701 BARTRAM RD**<br>**Bristol, PA 19007**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13,970.80** |
| 3.77 | Nonpriority creditor's name and mailing address<br>**GF HEALTH PRODUCTS, INC**<br>**PO BOX 47510**<br>**Atlanta, GA 30362-0510**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,594.49** |
| 3.78 | Nonpriority creditor's name and mailing address<br>**GLOBAL HEALTHCARE**<br>**11350 OLD ROSWELL ROAD**<br>**SUITE 700**<br>**Marietta, GA 30090**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$26,055.50** |
| 3.79 | Nonpriority creditor's name and mailing address<br>**GLOBAL MEDICAL PRODUCTS**<br>**PO BOX 881982**<br>**Port Saint Lucie, FL 34988**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$240.50** |
| 3.80 | Nonpriority creditor's name and mailing address<br>**GLOBE SCIENTIFIC, INC**<br>**PO BOX 1625**<br>**Paramus, NJ 07653-1625**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$17,728.48** |
| 3.81 | Nonpriority creditor's name and mailing address<br>**GONZALEZ TRADING, INC**<br>**PO BOX 364884**<br>**San Juan, PR 00936-4884**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SERVICES**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,460.00** |
| 3.82 | Nonpriority creditor's name and mailing address<br>**GRACIELA J. BELAVAL**<br>**PO BOX 193785**<br>**San Juan, PR 00919-3785**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **LEGAL SERVICES**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$24,343.00** |

Debtor  **PUERTO RICO HOSPITAL SUPPLY, INC.**                          Case number (if known)
Name

| | |
|---|---|
| **3.83** Nonpriority creditor's name and mailing address<br>GUSTOS COFFEE CO<br>PO BOX 11277<br>San Juan, PR 00922<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  OFFICE COFFEE SUPPLIES<br><br>Is the claim subject to offset? ☐ No ☐ Yes    **$447.04** |
| **3.84** Nonpriority creditor's name and mailing address<br>HALYARD SALES, LLC<br>PO BOX 732583<br>Dallas, TX 75373-2583<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  INVENTORY<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$404,902.41** |
| **3.85** Nonpriority creditor's name and mailing address<br>HALYARD SALES, LLC<br>PO BOX 732583<br>Dallas, TX 75373-2583<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  INVENTORY<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$1,022.22** |
| **3.86** Nonpriority creditor's name and mailing address<br>HEATHROW SCIENTIFIC, LLC<br>620 LAKEVIEW PARKWAY<br>Vernon Hills, IL 60061<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  INVENTORY<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$6,520.00** |
| **3.87** Nonpriority creditor's name and mailing address<br>HEAVY PARTS CENTER, INC<br>PO BOX 3157<br>Bayamon, PR 00960-3157<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  REPAIRS<br><br>Is the claim subject to offset? ☐ No ☐ Yes    **$1,984.91** |
| **3.88** Nonpriority creditor's name and mailing address<br>HNM MEDICAL<br>20855 NE 16 AVENUE<br>SUITE C 15<br>Miami, FL 33179<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  INVENTORY<br><br>Is the claim subject to offset? ☐ No ☐ Yes    **$2.00** |
| **3.89** Nonpriority creditor's name and mailing address<br>HOLLISTER, INC<br>72035 EAGLE WAY<br>Chicago, IL 60678-7250<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  INVENTORY<br><br>Is the claim subject to offset? ■ No ☐ Yes    **$192,072.10** |

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.90 | Nonpriority creditor's name and mailing address<br>**HOSPITEL MFG CO**<br>**PO BOX 7005**<br>**Bloomfield, NJ 07003-7005**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  INVENTORY<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$180.65** |
| 3.91 | Nonpriority creditor's name and mailing address<br>**HYDROFERA, LLC**<br>**340 PROGRESS DRIVE**<br>**Manchester, CT 06042**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  INVENTORY<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$9,945.00** |
| 3.92 | Nonpriority creditor's name and mailing address<br>**IFCO RECYCLING, INC**<br>**PO BOX 191744**<br>**San Juan, PR 00919-1744**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  GARBAGE DISPOSAL<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$1,820.00** |
| 3.93 | Nonpriority creditor's name and mailing address<br>**IMMUNOSTICS, INC**<br>**38 INDUSTRIAL WAY EAST, STE 1**<br>**Eatontown, NJ 07724**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  INVENTORY<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$539.70** |
| 3.94 | Nonpriority creditor's name and mailing address<br>**IMPERIAL FASTENER CO, INC**<br>**PO BOX 578**<br>**Pompano Beach, FL 33061**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  INVENTORY<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$180.00** |
| 3.95 | Nonpriority creditor's name and mailing address<br>**INTEGRA LIFESCIENCES SALES**<br>**PO BOX 404129**<br>**Atlanta, GA 30384-4129**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  INVENTORY<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$107,091.61** |
| 3.96 | Nonpriority creditor's name and mailing address<br>**INTEGRA LIFESCIENCES SALES**<br>**PO BOX 404129**<br>**Atlanta, GA 30384-4129**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  INVENTORY<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$20,490.05** |

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**   Case number (if known)
_____
Name

| | | |
|---|---|---|
| **3.97** | Nonpriority creditor's name and mailing address<br>**INTEGRA LIFESCIENCES SALES**<br>PO BOX 409984<br>Atlanta, GA 30384-9984<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,619.00** |
| **3.98** | Nonpriority creditor's name and mailing address<br>**INTEGRA LIFESCIENCES SALES**<br>PO BOX 404129<br>Atlanta, GA 30384-4129<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,136.00** |
| **3.99** | Nonpriority creditor's name and mailing address<br>**INTEGRA LIFESCIENCES SALES**<br>PO BOX 404129<br>Atlanta, GA 30384-4129<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$302.80** |
| **3.100** | Nonpriority creditor's name and mailing address<br>**INTEGRA RADIONICS**<br>PO BOX 404129<br>Atlanta, GA 30384-4129<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$815.00** |
| **3.101** | Nonpriority creditor's name and mailing address<br>**INTEGRITY MEDICAL DEVICES**<br>360 FAIRVIEW AVENUE<br>Hammonton, NJ 08037<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,401.00** |
| **3.102** | Nonpriority creditor's name and mailing address<br>**INTERSTATE ALL BATTERY**<br>PO BOX 363051<br>San Juan, PR 00936-3051<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **AUTOMOBILE PARTS**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,473.61** |
| **3.103** | Nonpriority creditor's name and mailing address<br>**J & M DEPOT, INC**<br>PO BOX 29427<br>San Juan, PR 00929-9427<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **CLEANING MATERIALS**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$274.64** |

| Debtor | PUERTO RICO HOSPITAL SUPPLY, INC. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,394,269.19 |
|---|---|---|---|
| | **J&J MEDICAL CARIBBEAN**<br>**475 CALLE C SUITE 200**<br>**Guaynabo, PR 00969** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **INVENTORY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $412,317.83 |
|---|---|---|---|
| | **J&J MEDICAL CARIBBEAN**<br>**475 CALLE C SUITE 200**<br>**Guaynabo, PR 00969** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **INVENTORY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $242.72 |
|---|---|---|---|
| | **J.P. TRUCK**<br>**PO BOX 4811**<br>**Carolina, PR 00984** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **SERVICES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,379.66 |
|---|---|---|---|
| | **JAIME MADURO U.S. CUSTOMS**<br>**PO BOX 9022947**<br>**San Juan, PR 00902-2947** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **PROFESSIONAL SERVICES** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,414.65 |
|---|---|---|---|
| | **JD HOONIGBERG INTERNATIONAL**<br>**155 N PFINGSTEN ROAD**<br>**SUITE 150**<br>**Deerfield, IL 60015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **INVENTORY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,960.16 |
|---|---|---|---|
| | **JOHNSON & JOHNSON**<br>**475 CALLE C SUITE 200**<br>**Guaynabo, PR 00969** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **INVENTORY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $301,296.20 |
|---|---|---|---|
| | **JOHNSON & JOHNSON**<br>**475 CALLE C SUITE 200**<br>**Guaynabo, PR 00969** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **INVENTORY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **PUERTO RICO HOSPITAL SUPPLY, INC.**
Name

Case number (if known)

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $324,673.71 |
|---|---|---|---|

**JOHNSON & JOHNSON WOUND**
**475 CALLE C SUITE 200**
**Guaynabo, PR 00969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **INVENTORY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $115.00 |
|---|---|---|---|

**JOSE COLON ELEVATOR**
**202 WALL ST**
**Guaynabo, PR 00966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MAINTENANCE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,847.50 |
|---|---|---|---|

**JOSON-CARE ENTERPRISE**
**IF NO 280 CHENG DU RD.**
**XI-TUN DISTRICT**
**TAICHUNG CITY, TW**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **INVENTORY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.56 |
|---|---|---|---|

**JT POSEY CO**
**PO BOX 51017**
**Los Angeles, CA 90051-5317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **INVENTORY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,051.50 |
|---|---|---|---|

**KLYO MEDICAL SYSTEMS, INC**
**1464 NW 82ND AVENUE**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **INVENTORY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,700.00 |
|---|---|---|---|

**KROMA**
**PO BOX 367304**
**San Juan, PR 00936-7040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ADVERTISING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,962.56 |
|---|---|---|---|

**LANDSCAPE CONTRACTORS**
**PO BOX 2557**
**Toa Baja, PR 00951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LANDSCAPING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PUERTO RICO HOSPITAL SUPPLY, INC.**                                    Case number (if known) _____
_____
Name

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $9,122.88 |
|---|---|---|---|

**3.118** | Nonpriority creditor's name and mailing address
LIBERTY CABLEVISION OF PUERTO RICO
PO BOX 71496
San Juan, PR 00936-8596

Date(s) debt was incurred _

Last 4 digits of account number  **6827**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INTERNET SERVICES**

Is the claim subject to offset? ☐ No ☐ Yes

**$9,122.88**

---

**3.119** | Nonpriority creditor's name and mailing address
LLUCH FIRE & SAFETY INTL.
PO BOX 1016
Sabana Seca, PR 00952-1016

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INSPECTION**

Is the claim subject to offset? ■ No ☐ Yes

**$364.00**

---

**3.120** | Nonpriority creditor's name and mailing address
LUCAS PRODUCTS
PO BOX 6570
Toledo, OH 43612

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

**$121.20**

---

**3.121** | Nonpriority creditor's name and mailing address
LUXTEC/INTEGRA
JARIT SURGICAL INSTRUMENTS
PO BOX 409984
Atlanta, GA 30384-9984

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

**$15,911.15**

---

**3.122** | Nonpriority creditor's name and mailing address
MADA INC
625 WASHINGTON AVENUE
Carlstadt, NJ 07072

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INVENTORY**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,736.79**

---

**3.123** | Nonpriority creditor's name and mailing address
MAGIC TRANSPORT
PO BOX 360729
San Juan, PR 00936-0729

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FREIGHT**

Is the claim subject to offset? ■ No ☐ Yes

**$9,993.36**

---

**3.124** | Nonpriority creditor's name and mailing address
MAGMEDIX, INC
160 AUTHORITY DRIVE
Fitchburg, MA 01420

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

**$842.40**

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**                    Case number (if known) _____
     Name

| | | |
|---|---|---|
| 3.125 | Nonpriority creditor's name and mailing address<br>MARQUES-GUILLERMETTY, CPA<br>PO BOX 366067<br>San Juan, PR 00936 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$34,402.00** |

    Date(s) debt was incurred __
    Last 4 digits of account number __

Basis for the claim:  ACCOUNTING SERVICES
Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 | Nonpriority creditor's name and mailing address<br>MEDICAL INTERNATIONAL<br>1900 PEWAUKEE ROAD<br>SUITE 0<br>Waukesha, WI 53188 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,700.87** |

    Date(s) debt was incurred __
    Last 4 digits of account number __

Basis for the claim:  INVENTORY
Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 | Nonpriority creditor's name and mailing address<br>MEDICAL TECHNIQUE, INC<br>8060 E. RESEARCH COURT<br>Tucson, AZ 85710 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,449.70** |

    Date(s) debt was incurred __
    Last 4 digits of account number __

Basis for the claim:  INVENTORY
Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.128 | Nonpriority creditor's name and mailing address<br>MEDLINE INDUSTRIES, INC<br>DEPT CH 14400<br>Palatine, IL 60055-4400 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,924.64** |

    Date(s) debt was incurred __
    Last 4 digits of account number __

Basis for the claim:  INVENTORY
Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.129 | Nonpriority creditor's name and mailing address<br>MEDPURPOSE, INC.<br>3883 ROGERS BRIDGE ROAD NW<br>SUITE 501<br>Duluth, GA 30097 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,775.00** |

    Date(s) debt was incurred __
    Last 4 digits of account number __

Basis for the claim:  INVENTORY
Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.130 | Nonpriority creditor's name and mailing address<br>MENACO CORP<br>PO BOX 70183<br>San Juan, PR 00936 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,768.07** |

    Date(s) debt was incurred __
    Last 4 digits of account number __

Basis for the claim:  INVENTORY
Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.131 | Nonpriority creditor's name and mailing address<br>MERIDIAN BIOSCIENCE CORP<br>PO BOX 630224<br>Cincinnati, OH 45263-0224 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$85,252.30** |

    Date(s) debt was incurred __
    Last 4 digits of account number __

Basis for the claim:  INVENTORY
Is the claim subject to offset? ■ No ☐ Yes

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**
Name

Case number *(if known)*

---

**3.132**   Nonpriority creditor's name and mailing address
**METRO INTERNATIONAL CORP**
**75 REMITTANCE DRIVE**
**DEPT. 3044**
**Chicago, IL 60675-3044**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

**$82.20**

---

**3.133**   Nonpriority creditor's name and mailing address
**MICRO DIRECT**
**PO BOX 239**
**Auburn, ME 04212-0239**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.134**   Nonpriority creditor's name and mailing address
**MODERN TECH ASSOCIATES**
**CALLE WESER #144**
**URB. RIO PIEDRAS HEIGHTS**
**San Juan, PR 00926**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

**$239.44**

---

**3.135**   Nonpriority creditor's name and mailing address
**MORTECH MANUFACTURING**
**411 N AEROJET AVENUE**
**Azusa, CA 91702**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

**$14,408.20**

---

**3.136**   Nonpriority creditor's name and mailing address
**MULTI-SYSTEMS, INC**
**PO BOX 191938**
**San Juan, PR 00919-1938**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **STORAGE**

Is the claim subject to offset? ☐ No ☐ Yes

**$245.30**

---

**3.137**   Nonpriority creditor's name and mailing address
**MUNICIPAL REVENUE COLLECTION CENTER**
**PO BOX 195387**
**San Juan, PR 00919-5387**

Date(s) debt was incurred  **2017**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **PERSONAL PROPERTY TAXES**

Is the claim subject to offset? ■ No ☐ Yes

**$2,048,093.04**

---

**3.138**   Nonpriority creditor's name and mailing address
**NATIONAL LIFT TRUCK SERVICE**
**CALLE DIANA LOT 22**
**AMELIA INDUSTRIAL PARK**
**Guaynabo, PR 00968**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **MACHINERY RENTAL**

Is the claim subject to offset? ☐ No ☐ Yes

**$800.00**

---

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**
_____ Name

Case number (if known) _____

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,340.24 |
|---|---|---|---|

**NEMF WORLD TRANSPORT INC**
PO BOX 3919
Carolina, PR 00984-3919

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **FREIGHT**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,827.80 |
|---|---|---|---|

**NEOMED, INC**
100 LONDONDENY CT
SUITE 112
Woodstock, GA 30188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **INVENTORY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,027.44 |
|---|---|---|---|

**NEPTUNO MEDIA**
PO BOX 191995
San Juan, PR 00919-1995

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $624.40 |
|---|---|---|---|

**NEW CLEANING SERVICE, INC.**
PO BOX 8177
Bayamon, PR 00960-8177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CLEANING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,335.00 |
|---|---|---|---|

**NIPRO MEDICAL OF PUERTO RICO**
PO BOX 810283
Carolina, PR 00981

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **INVENTORY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,481.25 |
|---|---|---|---|

**NORTHERN ACRYLICS, INC.**
2321 WEST SUPERIOR STREET
Duluth, MN 55806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **INVENTORY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $457.60 |
|---|---|---|---|

**NOVA TERRA, INC**
PO BOX 142137
Arecibo, PR 00614-2137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GARBAGE DISPOSAL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**

Name

Case number (if known)

| | |
|---|---|
| **3 146** Nonpriority creditor's name and mailing address<br>**O&M HALYARD, INC**<br>**9120 LOCKWOOD BOULEVARD**<br>**Mechanicsville, VA 23116**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$37,064.98** |
| **3.147** Nonpriority creditor's name and mailing address<br>**OCASIO GATE O MATIC**<br>**HC 61 BOX 4594**<br>**Trujillo Alto, PR 00976**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **MAINTENANCE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,584.78** |
| **3.148** Nonpriority creditor's name and mailing address<br>**OCEAN FREIGHT LINK**<br>**3350 S.W. 148 AVE**<br>**SUITE 110**<br>**Hollywood, FL 33027-3237**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **FREIGHT**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$26,087.97** |
| **3.149** Nonpriority creditor's name and mailing address<br>**OFFICE-IT**<br>**PMB 245 SUITE 102**<br>**405 AVE. ESMERALDA**<br>**Guaynabo, PR 00969**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SUPPLIER**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,122.79** |
| **3.150** Nonpriority creditor's name and mailing address<br>**OLIVER EXTERMINATING**<br>**PO BOX 1264**<br>**Caguas, PR 00726-1264**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **EXTERMINATION SERVICES**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$569.92** |
| **3.151** Nonpriority creditor's name and mailing address<br>**OMNIMED, INC**<br>**800 GLEN AVENUE**<br>**Moorestown, NJ 08057-1122**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$134.00** |
| **3.152** Nonpriority creditor's name and mailing address<br>**ONEILL & GILMORE LAW**<br>**252 AVENUE PONCE DE LEON**<br>**CITIBANK TOWERSM SUITE 1701**<br>**San Juan, PR 00918**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **LEGAL SERVICES**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$37,848.46** |

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**

Name

Case number (if known)

---

| 3 153 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**ONEILL & GILMORE LAW**
**252 AVENUE PONCE DE LEON**
**CITIBANK TOWERSM SUITE 1701**
**San Juan, PR 00918**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LEGAL SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$32,464.71

---

| 3 154 | Nonpriority creditor's name and mailing address |
|---|---|

**OPTIVON, INC**
**PO BOX 11881**
**San Juan, PR 00922-1881**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$6,076.56

---

| 3 155 | Nonpriority creditor's name and mailing address |
|---|---|

**ORACLE CARIBBEAN PUERTO RICO**
**PO BOX 71436**
**San Juan, PR 00936-8436**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SOFTWARE**

Is the claim subject to offset? ■ No ☐ Yes

$66,123.92

---

| 3.156 | Nonpriority creditor's name and mailing address |
|---|---|

**ORACLE ELEVATOR COMPANY**
**PO BOX 793**
**Saint Just, PR 00978**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MAINTENANCE**

Is the claim subject to offset? ■ No ☐ Yes

$434.86

---

| 3.157 | Nonpriority creditor's name and mailing address |
|---|---|

**ORIENTAL TRUST OPERATIONS**
**PO BOX 191429**
**San Juan, PR 00919-1429**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$4,474.77

---

| 3.158 | Nonpriority creditor's name and mailing address |
|---|---|

**PAPER LAB**
**URB. COLLEGE PARK**
**1827 CALLE ALCALA**
**San Juan, PR 00921-4342**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

$0.50

---

| 3.159 | Nonpriority creditor's name and mailing address |
|---|---|

**PARI RESPIRATORY EQUIPMENT**
**2412 PARI WAY**
**Midlothian, VA 23112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

$72.00

---

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**   Case number (if known)
   Name

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $234.52 |
|---|---|---|---|

**3.160** Nonpriority creditor's name and mailing address
PARKER LABS, INC
286 ELDRIGE ROAD
Fairfield, NJ 07004

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  INVENTORY

Is the claim subject to offset? ☐ No  ☐ Yes

$234.52

---

**3.161** Nonpriority creditor's name and mailing address
PELEGRINA MEDICAL, INC
PO BOX 910
Saint Just, PR 00978-0910

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  INVENTORY

Is the claim subject to offset? ☑ No  ☐ Yes

$690.00

---

**3.162** Nonpriority creditor's name and mailing address
PELSTAR LLC/ HEALTH O METER
9500 W. 55TH ST
La Grange, IL 60525

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  INVENTORY

Is the claim subject to offset? ☑ No  ☐ Yes

$260.00

---

**3.163** Nonpriority creditor's name and mailing address
PITNEY BOWES
PO BOX 11662
San Juan, PR 00922-1662

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  POSTAL SERVICES

Is the claim subject to offset? ☑ No  ☐ Yes

$455.34

---

**3.164** Nonpriority creditor's name and mailing address
POPULAR AUTO
PO BOX 15011
OLD SAN JUAN STATION
San Juan, PR 00902-8511

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  LEASE OF TRUCKS

Is the claim subject to offset? ☐ No  ☐ Yes

$3,249.54

---

**3.165** Nonpriority creditor's name and mailing address
PR DUST CONTROL
PO BOX 360546
San Juan, PR 00936-0546

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  CLEANING

Is the claim subject to offset? ☑ No  ☐ Yes

$105.49

---

**3.166** Nonpriority creditor's name and mailing address
PRAXAIR PR, INC
PO BOX 307
Gurabo, PR 00778

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  SERVICES

Is the claim subject to offset? ☑ No  ☐ Yes

$89.91

---

Debtor    **PUERTO RICO HOSPITAL SUPPLY, INC.**                    Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.167 | Nonpriority creditor's name and mailing address<br>**PRECISION DYNAMICS CORP**<br>**PO BOX 71549**<br>**Chicago, IL 60694-1995**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __INVENTORY__<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | $4,616.52 |
| 3.168 | Nonpriority creditor's name and mailing address<br>**PRECISION DYNAMICS CORP**<br>**PO BOX 71549**<br>**Chicago, IL 60694-1995**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __INVENTORY__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,639.60 |
| 3.169 | Nonpriority creditor's name and mailing address<br>**PRECISION MEDICAL INC**<br>**300 HELD DR**<br>**Northampton, PA 18067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __INVENTORY__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $162.50 |
| 3.170 | Nonpriority creditor's name and mailing address<br>**PREMED, LLC**<br>**PO BOX 474**<br>**Trujillo Alto, PR 00977**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __INVENTORY__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $8,900.00 |
| 3.171 | Nonpriority creditor's name and mailing address<br>**PRINTER REPAIR DEPOT, LLC**<br>**PO BOX 364846**<br>**San Juan, PR 00936-4846**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __REPAIRS__<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | $931.03 |
| 3.172 | Nonpriority creditor's name and mailing address<br>**PRO-FAB, INC.**<br>**BOSQUE FARMS BLVD.**<br>**Bosque Farms, NM 87068**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __INVENTORY__<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | $30,348.00 |
| 3.173 | Nonpriority creditor's name and mailing address<br>**PUERTO RICO DUST CONTROL**<br>**PO BOX 362048**<br>**San Juan, PR 00936-2048**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __SUPPLIER__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $316.47 |

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**
Name

Case number (if known)

---

**3.174** | Nonpriority creditor's name and mailing address
**PULMONARY SERVICES GROUP**
PO BOX 19870
San Juan, PR 00910-1870

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

$26.25

---

**3.175** | Nonpriority creditor's name and mailing address
**QUALITY WATER SERVICE**
PO BOX 9020096
San Juan, PR 00902

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **WATER SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$287.04

---

**3.176** | Nonpriority creditor's name and mailing address
**R.A.W. SECURITY SERVICES**
PMB 214-A
PO BOX 607071
Bayamon, PR 00956

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SECURITY SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$7,262.01

---

**3.177** | Nonpriority creditor's name and mailing address
**REAL BUSINNESS**
1605 AVE. PONCE DE LEON
EDIF. SAN MARTIN SUITE 506
San Juan, PR 00909

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$29,107.43

---

**3.178** | Nonpriority creditor's name and mailing address
**RESPIRONICS, INC**
PO BOX 405740
Atlanta, GA 30384-5740

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

$239.25

---

**3.179** | Nonpriority creditor's name and mailing address
**REY ELECTRICAL SERVICES**
HC 73 BOX 5766
Naranjito, PR 00719

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **REPAIRS AND MAINTENANCE**

Is the claim subject to offset? ■ No ☐ Yes

$526.77

---

**3.180** | Nonpriority creditor's name and mailing address
**RICOH, PR**
BOX 71459
San Juan, PR 00936-8559

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **OFFICE EQUIPMENT**

Is the claim subject to offset? ■ No ☐ Yes

$6,901.29

---

Debtor **PUERTO RICO HOSPITAL SUPPLY, INC.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address**<br>**RUSSIN, VECCHI & HEREDIA**<br>**EL RECONDO 2 MONTE MIRADOR**<br>**ENSANCHE BELLA VISTA 3ER PISO**<br>**SANTO DOMINGO, DO**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **SERVICES**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$165.00** |
| 3.182 | **Nonpriority creditor's name and mailing address**<br>**SAKURA FINETEK USA, INC**<br>**1750 W 214TH STREET**<br>**Torrance, CA 90501**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,194.00** |
| 3.183 | **Nonpriority creditor's name and mailing address**<br>**SALTER LABS**<br>**8399 SOLUTIONS CENTER**<br>**Chicago, IL 60677-8003**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,123.00** |
| 3.184 | **Nonpriority creditor's name and mailing address**<br>**SCHUERCH CORPORATION**<br>**452 RANDOLPH ST.**<br>**Abington, MA 02351**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **INVENTORY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,689.00** |
| 3.185 | **Nonpriority creditor's name and mailing address**<br>**SECA CORP.**<br>**13601 BENSON AVE.**<br>**Chino, CA 91710**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **INVENTORY**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$301.80** |
| 3.186 | **Nonpriority creditor's name and mailing address**<br>**SMART SECURITY SERVICES**<br>**PO BOX 2110**<br>**Bayamon, PR 00960**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **MAINTENANCE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.36** |
| 3.187 | **Nonpriority creditor's name and mailing address**<br>**SMART SECURITY SERVICES**<br>**PO BOX 50986**<br>**LEVITTOWN STATION**<br>**Toa Baja, PR 00950-0986**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **MAINTENANCE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$575.61** |

Debtor  **PUERTO RICO HOSPITAL SUPPLY, INC.**

Name

Case number *(if known)*

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $33,035.44 |
|---|---|---|---|
| | SMITH MEDICAL<br>PO BOX 7247<br>Philadelphia, PA 19170-7784 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  INVENTORY<br>Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $10,178.20 |
|---|---|---|---|
| | SMITHS MEDICAL ASD, INC<br>PO BOX 7247<br>Philadelphia, PA 19170-7784 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  INVENTORY<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,459.00 |
|---|---|---|---|
| | SMITHS MEDICAL CO<br>PO BOX 7247<br>Philadelphia, PA 19170-7784 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  INVENTORY<br>Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $349.95 |
|---|---|---|---|
| | SPOT ON HOLD<br>PO BOX 1836<br>Mayaguez, PR 00681 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  ADVERTISING<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,372.50 |
|---|---|---|---|
| | SPS MEDICAL<br>6789 W. HENRIETTA ROAD<br>Rush, NY 14543 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  INVENTORY<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,083.12 |
|---|---|---|---|
| | SS TECHOS, INC<br>PO BOX 2022<br>Trujillo Alto, PR 00977 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  REPAIRS<br>Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,240.66 |
|---|---|---|---|
| | STERICYCLE, INC<br>PO BOX 6582<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  GARBAGE DISPOSAL<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**   Case number *(if known)*
_____
Name

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $39,412.32 |
|---|---|---|---|
| | SURGICAL SPECIALTIES<br>PO BOX 419407<br>Boston, MA 02241-9407 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **INVENTORY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237.36 |
|---|---|---|---|
| | SURGICAL SPECIALTIES PR<br>PO BOX 823444<br>Philadelphia, PA 19182-3444 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **INVENTORY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $62.10 |
|---|---|---|---|
| | SYSTEM ONE, INC<br>BOX 10567<br>San Juan, PR 00922 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **DATACARD** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,067.53 |
|---|---|---|---|
| | SYSTRONICS, INC<br>PO BOX 194030<br>CA 91940-3000 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **PRINTERS** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,940.20 |
|---|---|---|---|
| | TECHNO-AIDE, LLC<br>PO BOX 305172<br>DEPT 96<br>Nashville, TN 37230 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **INVENTORY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $10,145.82 |
|---|---|---|---|
| | TELEFLEX MEDICAL<br>PO BOX 601608<br>Charlotte, NC 28260-1608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **INVENTORY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,123.83 |
|---|---|---|---|
| | TELEFLEX MEDICAL<br>PO BOX 601608<br>Charlotte, NC 28260-1608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **INVENTORY** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**                  Case number (if known) _____

| | |
|---|---|
| 3.202 | Nonpriority creditor's name and mailing address |

**TELEFLEX MEDICAL/CV**
PO BOX 601608
Charlotte, NC 28260-1608

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INVENTORY

Is the claim subject to offset? ☐ No   ☐ Yes

**$2,857.00**

| | |
|---|---|
| 3.203 | Nonpriority creditor's name and mailing address |

**TETRA MEDICAL SUPPLY CORP.**
6364 WEST GROSS POINT ROAD
Niles, IL 60714

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INVENTORY

Is the claim subject to offset? ☐ No   ☐ Yes

**$5,072.50**

| | |
|---|---|
| 3.204 | Nonpriority creditor's name and mailing address |

**THERMI FISHER SCIENTIFIC**
8364 VALLEY PIKE
Middletown, VA 22645

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INVENTORY

Is the claim subject to offset? ☐ No   ☐ Yes

**$1,199.58**

| | |
|---|---|
| 3.205 | Nonpriority creditor's name and mailing address |

**TIDI PRODUCTS, LLC**
PO BOX 776290
Chicago, IL 60877-6290

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INVENTORY

Is the claim subject to offset? ☐ No   ☐ Yes

**$17,286.92**

| | |
|---|---|
| 3.206 | Nonpriority creditor's name and mailing address |

**TORCOS, INC**
PO BOX 29708
San Juan, PR 00929-0708

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CLEANING MATERIALS

Is the claim subject to offset? ☐ No   ☐ Yes

**$651.78**

| | |
|---|---|
| 3.207 | Nonpriority creditor's name and mailing address |

**TRI-TEX ENTERPRISES**
4909 LAKAWANA STREET
Dallas, TX 75247

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INVENTORY

Is the claim subject to offset? ☐ No   ☐ Yes

**$1,612.20**

| | |
|---|---|
| 3.208 | Nonpriority creditor's name and mailing address |

**TRIPLE S-SALUD**
PO BOX 71548
San Juan, PR 00936-8648

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HEALTH INSURANCE

Is the claim subject to offset? ☐ No   ☐ Yes

**$29,072.49**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **PUERTO RICO HOSPITAL SUPPLY, INC.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.209** Nonpriority creditor's name and mailing address<br>TRUMPF MEDIZIN SUSTEME GMBH<br>PO BOX 68<br>Farmington, CT 06034-0068<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$32,682.32** |
| **3.210** Nonpriority creditor's name and mailing address<br>ULINE<br>PO BOX 88741<br>Chicago, IL 60680-1741<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **MATERIALS AND EQUIPMENT**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$217.50** |
| **3.211** Nonpriority creditor's name and mailing address<br>UNITED INSURANCE FINANCE<br>PO BOX 6356<br>San Juan, PR 00914-6356<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INSURANCE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,378.14** |
| **3.212** Nonpriority creditor's name and mailing address<br>UNITED PARCEL SERVICE<br>PO BOX 71594<br>San Juan, PR 00936-8694<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **FREIGHT**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$124.82** |
| **3.213** Nonpriority creditor's name and mailing address<br>UPM GROUP<br>PO BOX 192052<br>San Juan, PR 00919-5052<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SYSTEM MAINTENANCE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,820.95** |
| **3.214** Nonpriority creditor's name and mailing address<br>UPR SCHOOL OF MEDICINE<br>PO BOX 365067<br>San Juan, PR 00936-5067<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **ACTIVITIES**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,500.00** |
| **3.215** Nonpriority creditor's name and mailing address<br>VEGA MEDICAL, INC<br>PO BOX 1937<br>Vega Baja, PR 00694-1937<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **INVENTORY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$428.75** |

Debtor   **PUERTO RICO HOSPITAL SUPPLY, INC.**

Name

Case number (if known)

---

**3 216**  Nonpriority creditor's name and mailing address
**VYAIRE MEDICAL, INC**
**29429 NETWORK PLACE**
**Chicago, IL 60673-1294**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INVENTORY

Is the claim subject to offset? ■ No  ☐ Yes

$8,241.20

---

**3.217**  Nonpriority creditor's name and mailing address
**VYGON**
**PO BOX 787426**
**Philadelphia, PA 19178-7426**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INVENTORY

Is the claim subject to offset? ■ No  ☐ Yes

$6,684.00

---

**3.218**  Nonpriority creditor's name and mailing address
**WATERLOO HEALTHCARE**
**PO BOX 53555**
**Phoenix, AZ 85072-3555**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INVENTORY

Is the claim subject to offset? ■ No  ☐ Yes

$333.70

---

**3.219**  Nonpriority creditor's name and mailing address
**WELLS JOHNSON COMPANY**
**8000 S. KOLB ROAD**
**Tucson, AZ 85756**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INVENTORY

Is the claim subject to offset? ■ No  ☐ Yes

$1,460.00

---

**3.220**  Nonpriority creditor's name and mailing address
**WESTMED, INC**
**PO BOX 29661**
**Phoenix, AZ 85038-9661**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INVENTORY

Is the claim subject to offset? ■ No  ☐ Yes

$24,275.74

---

**3 221**  Nonpriority creditor's name and mailing address
**WEXLER SURGICAL, INC.**
**11333 CHIMNEY ROCK RD.**
**SUITE 110**
**Houston, TX 77035**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INVENTORY

Is the claim subject to offset? ■ No  ☐ Yes

$530.00

---

**3.222**  Nonpriority creditor's name and mailing address
**WILFREDO PICORELLI**
**AVENIDA ROBERTO CLEMENTE**
**#D-1**
**Carolina, PR 00985**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  LEGAL SERVICES

Is the claim subject to offset? ■ No  ☐ Yes

$450.00

---

| Debtor | PUERTO RICO HOSPITAL SUPPLY, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $5,951.34 |

**3.223** Nonpriority creditor's name and mailing address
WINCO, INC
5516 SW FIRST LANE
Ocala, FL 34474

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

$5,951.34

---

**3.224** Nonpriority creditor's name and mailing address
WOLF X-RAY CORP
100 WEST INDUSTRY COURT
Deer Park, NY 11729

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **INVENTORY**

Is the claim subject to offset? ■ No ☐ Yes

$3,504.40

---

**3.225** Nonpriority creditor's name and mailing address
YOKOGAWA CORP OF AMERICA
2 DART ROAD
Newnan, GA 30265

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$2,670.00

---

**3.226** Nonpriority creditor's name and mailing address
YOLANDA BENITEZ, COTTO
CITY TOWERS SUITE 802
San Juan, PR 00918

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LEGAL SERVICES**

Is the claim subject to offset? ■ No ☐ Yes

$57,926.03

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 915,593.55 |
| 5b. Total claims from Part 2 | 5b. + $ | 12,788,993.67 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 13,704,587.12 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | PUERTO RICO HOSPITAL SUPPLY, INC. |
| United States Bankruptcy Court for the | DISTRICT OF PUERTO RICO |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3M DE PR, INC. PO BOX 70286 San Juan, PR 00936 | | INVENTORY | | | | $106,068.92 |
| ADVANCED MEDICAL DESIGNS 1241 ATLANTA INDUSTRIAL DRIVE Marietta, GA 30066 | | INVENTORY | | | | $105,245.60 |
| B BRAUN 824 TWELFTH AVE Bethlehem, PA 18018 | | INVENTORY | | | | $1,038,031.64 |
| BD DIAGNOSTICS 21588 NETWORK PLACE Chicago, IL 60673-1215 | | INVENTORY | | | | $495,752.07 |
| BD MEDICAL SURGICAL SYSTEMS PO BOX 70942 Chicago, IL 60673-0942 | | INVENTORY | | | | $857,165.59 |
| BD MICROBIOLOGY SYSTEM PO BOX 70942 Chicago, IL 60673 | | INVENTORY | | | | $199,299.20 |
| BSN MEDICAL, INC PO BOX 751766 Charlotte, NC 28275-1766 | | INVENTORY | | | | $158,449.67 |
| CARESTREAM HEALTH PUERTO RICO PO BOX 70231 San Juan, PR 00936-8231 | | INVENTORY | | | | $905,081.01 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **PUERTO RICO HOSPITAL SUPPLY, INC.**                    Case number *(if known)* _____

      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CASELLAS ALCOVER & BURGOS PO BOX 364924 San Juan, PR 00936-4924 | | PROFESSIONAL SERVICES | | | | $284,909.81 |
| DJ ORTHOPEDICS/ENC ORE PO BOX 650777 Dallas, TX 75265-0777 | | INVENTORY | | | | $203,248.14 |
| HALYARD SALES, LLC PO BOX 732683 Dallas, TX 75373-2583 | | INVENTORY | | | | $404,902.41 |
| HOLLISTER, INC 72035 EAGLE WAY Chicago, IL 60678-7250 | | INVENTORY | | | | $192,072.10 |
| INTEGRA LIFESCIENCES SALES PO BOX 404129 Atlanta, GA 30384-4129 | | INVENTORY | | | | $107,091.61 |
| J&J MEDICAL CARIBBEAN 475 CALLE C SUITE 200 Guaynabo, PR 00969 | | INVENTORY | | | | $412,317.83 |
| J&J MEDICAL CARIBBEAN 475 CALLE C SUITE 200 Guaynabo, PR 00969 | | INVENTORY | | | | $2,394,269.19 |
| JOHNSON & JOHNSON 475 CALLE C SUITE 200 Guaynabo, PR 00969 | | INVENTORY | | | | $301,296.20 |
| JOHNSON & JOHNSON WOUND 475 CALLE C SUITE 200 Guaynabo, PR 00969 | | INVENTORY | | | | $324,673.71 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **PUERTO RICO HOSPITAL SUPPLY, INC.**                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MUNICIPAL REVENUE COLLECTION CENTER PO BOX 195387 San Juan, PR 00919-5387 | | PERSONAL PROPERTY TAXES | | | | $2,048,093.04 |
| MUNICIPAL REVENUE COLLECTION CENTER PO BOX 195387 San Juan, PR 00919-5387 | | PERSONAL PROPERTY TAXES | | | | $915,593.55 |
| SS TECHOS, INC PO BOX 2022 Trujillo Alto, PR 00977 | | REPAIRS | | | | $102,083.12 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

### United States Bankruptcy Court
#### District of Puerto Rico

In re   PUERTO RICO HOSPITAL SUPPLY, INC.

Debtor(s)

Case No.

Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   02/26/2019

FELIX B. SANTOS/PRESIDENT
Signer/Title

PUERTO RICO HOSPITAL SUPPLY, INC
CALL BOX 158
CAROLINA, PR 00986-0158

ACCU-SCOPE INC
73 MALL DR.
COMMACK, NY 11725

AMERICAN 3B SCIENTIFIC
2189 FLINTONE DRIVE
SUITE 0
TUCKER, GA 30084

ALEXIS FUENTES-HERNANDEZ
FUENTES LAW OFFICES
PO BOX 90227266
SAN JUAN, PR 00902-2726

ADLINK, INC
PO BOX 362884
SAN JUAN, PR 00936-2884

AMERICAN DIAGNOSTIC CORP
55 COMMERCE DR.
HAUPPAUGE, NY 11788

3B MEDICAL, INC
799 OVERLOOK DR
WINTER HAVEN, FL 33884

ADP, INC
PO BOX 842854
BOSTON, MA 02284-2854

AMSINO
708 CORPORATE CENTER DR.
POMONA, CA 91768

3M CORPORATE
PO BOX 844127
DALLAS, TX 75284-4127

ADVANCED FIRE PROTECTION
PO BOX 3971
CAROLINA, PR 00984-3971

ANSELL HEALTHCARE PRODUCT
DEPT CH 17373
PALATINE, IL 60055-7373

3M DE PR, INC.
PO BOX 70286
SAN JUAN, PR 00936

ADVANCED MEDICAL DESIGNS
1241 ATLANTA INDUSTRIAL DRIVE
MARIETTA, GA 30066

ANSELL SANDEL MEDICAL
19736 DEARBORN STREET
CHATSWORTH, CA 91311

A.A.A.
PO BOX 766
SAN JUAN, PR 00916-7060

AGROPHARMA LABS
PO BOX 1150
SALINAS, PR 00751

AQUA-GULD X-PRESS
CALLE ALDEA #1258
EDIFICIO UNICA SUITE 300
SAN JUAN, PR 00907

A.A.A.
PO BOX 70101
SAN JUAN, PR 00936-8101

ALCOR SCIENTIC, INC
20 THURBER BOULEVARD
SMITHFIELD, RI 00291-7000

ASPEN SURGICAL PRODUCTS
3998 RELIABLE PARKWAY
CHICAGO, IL 60686-0039

A.E.E.
PO BOX 363508
SAN JUAN, PR 00936-3508

ALPHA SCIENTIFIC CORP
PO BOX 725
SOUTHEASTERN, PA 19399

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463

AC TECHNICAL SERVICES CORP
URB. COUNTRY CLUB
803 CALLE MOLUCAS (AVE ITURREGUI)
SAN JUAN, PR 00924

ALVARADO TAX & BUSINESS
PO BOX 195598
SAN JUAN, PR 00919-5598

AT&T MOBILITY PUERTO RICO
PO BOX 70261
SAN JUAN, PR 00936-8261

AVALON PAPERS, LLC
PO BOX 3967
OSHKOSH, WI 54903-3967

BMF, INC
PO BOX 277
CAGUAS, PR 00725-0277

CAREFUSION CORP
25146 NETWORK PLACE
CHICAGO, IL 60673

AVANOS MEDICAL, INC
5405 WINDWARD PARKWAY
SUITE 100 SOUTH
ALPHARETTA, GA 30004

BOVIE MEDICAL CORPORATION
5115 ULMERTON ROAD
CLEARWATER, FL 33760

CARESTREAM HEALTH PUERTOR
PO BOX 70231
SAN JUAN, PR 00936-8231

B BRAUN
824 TWELFTH AVE
BETHLEHEM, PA 18018

BRACCO DIAGNOSTICS INC
PO BOX 978952
DALLAS, TX 75397-8952

CARIBE RECYCLING CORP
PMC 20 HC-01
BOX 29030
CAGUAS, PR 00725-8900

BANCO SANTANDER DE PR
PONCE DE LEON AVENUE
FLOOR 7
SAN JUAN, PR 00917-1818

BRIGSS HEALTHCARE
4900 UNIVERSITY AVE
SUITE 200
WEST DES MOINES, IA 50266

CARLOS R. BARALT, PSC
PO BOX 195103
SAN JUAN, PR 00919-5103

BD DIAGNOSTICS
21588 NETWORK PLACE
CHICAGO, IL 60673-1215

BSN MEDICAL, INC
PO BOX 751766
CHARLOTTE, NC 28275-1766

CARSTENS HEALTH IND, INC
PO BOX 99110
CHICAGO, IL 60693

BD MEDICAL SURGICAL SYSTEMS
PO BOX 70942
CHICAGO, IL 60673-0942

CARDIAC SCIENCE CORPORATION
PO BOX 776401
CHICAGO, IL 60677-6401

CASELLAS ALCOVER & BURGOS
PO BOX 364924
SAN JUAN, PR 00936-4924

BD MICROBIOLOGY SYSTEM
PO BOX 70942
CHICAGO, IL 60673

CARDINAL HEALTH PR 120
PO BOX 366211
SAN JUAN, PR 00936-6211

CINCINNATI SUB-ZERO
12011 MOSTELLER ROAD
CINCINNATI, OH 45241

BEMIS COMPANY, INC
2200 BADGER AVENUE
OSHKOSH, WI 54904

CARDINAL SCALE MFG CO
203 EAST DAUGHTERY
WEBB CITY, MO 64870

COLEGIO ADM DE SERVICIOS

BIOSYNERGY, INC
1940 E DEVON AVE
ELK GROVE VILLAGE, IL 60007

CARDIOPULMONARY
3002 N.W. 79 AVENUE
MIAMI, FL 33166

CONE INSTRUMENTS
DEPT. 2465
PO BOX 11407
BIRMINGHAM, AL 35246-2465

CONMED CORPORATION
CHURCH STREET STATION
PO BOX 6814
NEW YORK, NY 10249-6814

DYNAREX CORPORATION
10 GLENSHAW STREET
ORANGEBURG, NY 10962

FEDERAL EXPRESS CORP
PO BOX 371461
PITTSBURGH, PA 15250-7461

COOPER SURGICAL
PO BOX 712280
CINCINNATI, OH 45271

ECU WORLDWIDE
2401 N.W. 69TH STREET
MIAMI, FL 33147

FORDION PACKAGING LTD
637 WYCOFF AVE. #335
WYCKOFF, NJ 07481

DEPARTMENT OF TREASURY (INCOME TAX)
PO BOX 9024140
OFFICE 424B
SAN JUAN, PR 00902-4140

EDR TRANSPORT
EXT SANTA MARIA
CALLE LIMONCILLO 17B
SAN JUAN, PR 00927

FPV & GALINDEZ
PO BOX 364152
SAN JUAN, PR 00936-4152

DEPARTMENT OF TREASURY (IVU)
PO BOX 9024140
OFFICE 424B
SAN JUAN, PR 00902-4140

EL HORREO DE V SUAREZ
PO BOX 364588
SAN JUAN, PR 00936-4588

FUSIONWORKS, INC
#120 AVE CONDADO
EDIFICIO PICO CENTER, SUITE 1
SAN JUAN, PR 00972-7550

DESIGN VERONIQUE
999 MARINA WAY SOUTH
RICHMOND, CA 94804

ENVISION TECHNOLOGIES
PMB 345
100 GRAN BULEVAR PASEOS
SAN JUAN, PR 00926-5955

GENDRON, INC
DRAWER #1337
PO BOX 5935
TROY, MI 48007-5935

DJ ORTHOPEDICS/ENCORE
PO BOX 650777
DALLAS, TX 75265-0777

ESB PUERTO RICO
PO BOX 4825
CAROLINA, PR 00984-4825

GENERAL PHYSIOTHERAPY, INC
13222 LAKEFRONT DR
EARTH CITY, MO 63045-1504

DLL FINANCIAL SERVICES
PO BOX 41602
PHILADELPHIA, PA 19101-1602

EXIPO DESIGN
CORUJO INDUSTRIAL PARK
CALLE C #46 LOTE A-6
BAYAMON, PR 00961

GENSTAR TECHNOLOGIES
4525 EDISON AVE.
CHINO, CA 91710

DQS MEDIZINPRODUKTE GMBH
AUGUST-SCHANZ STR 21
60433 FRANKFURT A.M.
FRANKFURT, DE

FACSIMILE PAPER CONN. CORP
PO BOX 363122
SAN JUAN, PR 00936-3122

GENTELL
2701 BARTRAM RD
BRISTOL, PA 19007

DUARTE WASTE
PMB 1820 C/PARRIS 243
SAN JUAN, PR 00917-3632

FASHION SEAL UNIFORM
PO BOX 748000
CINCINNATI, OH 45274-8000

GF HEALTH PRODUCTS, INC
PO BOX 47510
ATLANTA, GA 30362-0510

GLOBAL HEALTHCARE
11350 OLD ROSWELL ROAD
SUITE 700
MARIETTA, GA 30090

HNM MEDICAL
20855 NE 16 AVENUE
SUITE C 15
MIAMI, FL 33179

INTEGRA RADIONICS
PO BOX 404129
ATLANTA, GA 30384-4129

GLOBAL MEDICAL PRODUCTS
PO BOX 881982
PORT SAINT LUCIE, FL 34988

HOLLISTER, INC
72035 EAGLE WAY
CHICAGO, IL 60678-7250

INTEGRITY MEDICAL DEVICES
360 FAIRVIEW AVENUE
HAMMONTON, NJ 08037

GLOBE SCIENTIFIC, INC
PO BOX 1625
PARAMUS, NJ 07653-1625

HOSPITEL MFG CO
PO BOX 7005
BLOOMFIELD, NJ 07003-7005

INTERNAL REVENUE SERVICE
CITY VIEW PLAZA II 48 CARR 16
SUITE 200
GUAYNABO, PR 00968

GONZALEZ TRADING, INC
PO BOX 364884
SAN JUAN, PR 00936-4884

HYDROFERA, LLC
340 PROGRESS DRIVE
MANCHESTER, CT 06042

INTERSTATE ALL BATTERY
PO BOX 363051
SAN JUAN, PR 00936-3051

GRACIELA J. BELAVAL
PO BOX 193785
SAN JUAN, PR 00919-3785

IFCO RECYCLING, INC
PO BOX 191744
SAN JUAN, PR 00919-1744

J & M DEPOT, INC
PO BOX 29427
SAN JUAN, PR 00929-9427

GUSTOS COFFEE CO
PO BOX 11277
SAN JUAN, PR 00922

IMMUNOSTICS, INC
38 INDUSTRIAL WAY EAST, STE 1
EATONTOWN, NJ 07724

J&J MEDICAL CARIBBEAN
475 CALLE C SUITE 200
GUAYNABO, PR 00969

HALYARD SALES, LLC
PO BOX 732583
DALLAS, TX 75373-2583

IMPERIAL FASTENER CO, INC
PO BOX 578
POMPANO BEACH, FL 33061

J.P. TRUCK
PO BOX 4811
CAROLINA, PR 00984

HEATHROW SCIENTIFIC, LLC
620 LAKEVIEW PARKWAY
VERNON HILLS, IL 60061

INTEGRA LIFESCIENCES SALES
PO BOX 404129
ATLANTA, GA 30384-4129

JAIME MADURO U.S. CUSTOMS
PO BOX 9022947
SAN JUAN, PR 00902-2947

HEAVY PARTS CENTER, INC
PO BOX 3157
BAYAMON, PR 00960-3157

INTEGRA LIFESCIENCES SALES
PO BOX 409984
ATLANTA, GA 30384-9984

JD HOONIGBERG INTERNATIONA
155 N PFINGSTEN ROAD
SUITE 150
DEERFIELD, IL 60015

JOHNSON & JOHNSON
475 CALLE C SUITE 200
GUAYNABO, PR 00969

LLUCH FIRE & SAFETY INTL.
PO BOX 1016
SABANA SECA, PR 00952-1016

MEDLINE INDUSTRIES, INC
DEPT CH 14400
PALATINE, IL 60055-4400

JOHNSON & JOHNSON WOUND
475 CALLE C SUITE 200
GUAYNABO, PR 00969

LUCAS PRODUCTS
PO BOX 6570
TOLEDO, OH 43612

MEDPURPOSE, INC.
3883 ROGERS BRIDGE ROAD NW
SUITE 501
DULUTH, GA 30097

JOSE COLON ELEVATOR
202 WALL ST
GUAYNABO, PR 00966

LUXTEC/INTEGRA
JARIT SURGICAL INSTRUMENTS
PO BOX 409984
ATLANTA, GA 30384-9984

MENACO CORP
PO BOX 70183
SAN JUAN, PR 00936

JOSON-CARE ENTERPRISE
IF NO 280 CHENG DU RD.
XI-TUN DISTRICT
TAICHUNG CITY, TW

MADA INC
625 WASHINGTON AVENUE
CARLSTADT, NJ 07072

MERIDIAN BIOSCIENCE CORP
PO BOX 630224
CINCINNATI, OH 45263-0224

JT POSEY CO
PO BOX 51017
LOS ANGELES, CA 90051-5317

MAGIC TRANSPORT
PO BOX 360729
SAN JUAN, PR 00936-0729

METRO INTERNATIONAL CORP
75 REMITTANCE DRIVE
DEPT. 3044
CHICAGO, IL 60675-3044

KLYO MEDICAL SYSTEMS, INC
1464 NW 82ND AVENUE
MIAMI, FL 33126

MAGMEDIX, INC
160 AUTHORITY DRIVE
FITCHBURG, MA 01420

MICRO DIRECT
PO BOX 239
AUBURN, ME 04212-0239

KROMA
PO BOX 367304
SAN JUAN, PR 00936-7040

MARQUES-GUILLERMETTY, CPA
PO BOX 366067
SAN JUAN, PR 00936

MODERN TECH ASSOCIATES
CALLE WESER #144
URB. RIO PIEDRAS HEIGHTS
SAN JUAN, PR 00926

LANDSCAPE CONTRACTORS
PO BOX 2557
TOA BAJA, PR 00951

MEDICAL INTERNATIONAL
1900 PEWAUKEE ROAD
SUITE 0
WAUKESHA, WI 53188

MORTECH MANUFACTURING
411 N AEROJET AVENUE
AZUSA, CA 91702

LIBERTY CABLEVISION OF PUERTO RICO
PO BOX 71496
SAN JUAN, PR 00936-8596

MEDICAL TECHNIQUE, INC
8060 E. RESEARCH COURT
TUCSON, AZ 85710

MULTI-SYSTEMS, INC
PO BOX 191938
SAN JUAN, PR 00919-1938

MUNICIPAL REVENUE COLLECTION CENTER
PO BOX 195387
SAN JUAN, PR 00919-5387

NUSA TERRA, INC
PO BOX 142137
ARECIBO, PR 00614-2137

ORACLE CARIBBEAN PUERTO R
PO BOX 71436
SAN JUAN, PR 00936-8436

MUNICIPIO DE FAJARDO
PO BOX 7346
APARTADO 865
FAJARDO, PR 00738

O&M HALYARD, INC
9120 LOCKWOOD BOULEVARD
MECHANICSVILLE, VA 23116

ORACLE ELEVATOR COMPANY
PO BOX 793
SAINT JUST, PR 00978

NATIONAL LIFT TRUCK SERVICE
CALLE DIANA LOT 22
AMELIA INDUSTRIAL PARK
GUAYNABO, PR 00968

OCASIO GATE O MATIC
HC 61 BOX 4594
TRUJILLO ALTO, PR 00976

ORIENTAL TRUST OPERATIONS
PO BOX 191429
SAN JUAN, PR 00919-1429

NEMF WORLD TRANSPORT INC
PO BOX 3919
CAROLINA, PR 00984-3919

OCEAN FREIGHT LINK
3350 S.W. 148 AVE
SUITE 110
HOLLYWOOD, FL 33027-3237

PAPER LAB
URB. COLLEGE PARK
1827 CALLE ALCALA
SAN JUAN, PR 00921-4342

NEOMED, INC
100 LONDONDENY CT
SUITE 112
WOODSTOCK, GA 30188

OFFICE-IT
PMB 245 SUITE 102
405 AVE. ESMERALDA
GUAYNABO, PR 00969

PARI RESPIRATORY EQUIPMENT
2412 PARI WAY
MIDLOTHIAN, VA 23112

NEPTUNO MEDIA
PO BOX 191995
SAN JUAN, PR 00919-1995

OLIVER EXTERMINATING
PO BOX 1264
CAGUAS, PR 00726-1264

PARKER LABS, INC
286 ELDRIGE ROAD
FAIRFIELD, NJ 07004

NEW CLEANING SERVICE, INC.
PO BOX 8177
BAYAMON, PR 00960-8177

OMNIMED, INC
800 GLEN AVENUE
MOORESTOWN, NJ 08057-1122

PELEGRINA MEDICAL, INC
PO BOX 910
SAINT JUST, PR 00978-0910

NIPRO MEDICAL OF PUERTO RICO
PO BOX 810263
CAROLINA, PR 00981

ONEILL & GILMORE LAW
252 AVENUE PONCE DE LEON
CITIBANK TOWERSM SUITE 1701
SAN JUAN, PR 00918

PELSTAR LLC/ HEALTH O METE
9500 W. 55TH ST
LA GRANGE, IL 60525

NORTHERN ACRYLICS, INC.
2321 WEST SUPERIOR STREET
DULUTH, MN 55806

OPTIVON, INC
PO BOX 11881
SAN JUAN, PR 00922-1881

PITNEY BOWES
PO BOX 11662
SAN JUAN, PR 00922-1662

POPULAR AUTO
PO BOX 15011
OLD SAN JUAN STATION
SAN JUAN, PR 00902-8511

PUERTO RICO DUST CONTROL
PO BOX 362048
SAN JUAN, PR 00936-2048

SAKURA FINETEK USA, INC
1750 W 214TH STREET
TORRANCE, CA 90501

PR DEPARMENT OF LABOR
PO BOX 195540
SAN JUAN, PR 00919-5540

PULMONARY SERVICES GROUP
PO BOX 19870
SAN JUAN, PR 00910-1870

SALTER LABS
8399 SOLUTIONS CENTER
CHICAGO, IL 60677-8003

PR DUST CONTROL
PO BOX 360546
SAN JUAN, PR 00936-0546

QUALITY WATER SERVICE
PO BOX 9020096
SAN JUAN, PR 00902

SCHUERCH CORPORATION
452 RANDOLPH ST.
ABINGTON, MA 02351

PRAXAIR PR, INC
PO BOX 307
GURABO, PR 00778

R.A.W. SECURITY SERVICES
PMB 214-A
PO BOX 607071
BAYAMON, PR 00956

SECA CORP.
13601 BENSON AVE.
CHINO, CA 91710

PRECISION DYNAMICS CORP
PO BOX 71549
CHICAGO, IL 60694-1995

REAL BUSINNESS
1605 AVE. PONCE DE LEON
EDIF. SAN MARTIN SUITE 506
SAN JUAN, PR 00909

SMART SECURITY SERVICES
PO BOX 2110
BAYAMON, PR 00960

PRECISION MEDICAL INC
300 HELD DR
NORTHAMPTON, PA 18067

RESPIRONICS, INC
PO BOX 405740
ATLANTA, GA 30384-5740

SMART SECURITY SERVICES
PO BOX 50986
LEVITTOWN STATION
TOA BAJA, PR 00950-0986

PREMED, LLC
PO BOX 474
TRUJILLO ALTO, PR 00977

REY ELECTRICAL SERVICES
HC 73 BOX 5766
NARANJITO, PR 00719

SMITH MEDICAL
PO BOX 7247
PHILADELPHIA, PA 19170-7784

PRINTER REPAIR DEPOT, LLC
PO BOX 364846
SAN JUAN, PR 00936-4846

RICOH, PR
BOX 71459
SAN JUAN, PR 00936-8559

SMITHS MEDICAL ASD, INC
PO BOX 7247
PHILADELPHIA, PA 19170-7784

PRO-FAB, INC.
 BOSQUE FARMS BLVD.
BOSQUE FARMS, NM 87068

RUSSIN, VECCHI & HEREDIA
EL RECONDO 2 MONTE MIRADOR
ENSANCHE BELLA VISTA 3ER PISO
SANTO DOMINGO, DO

SMITHS MEDICAL CO
PO BOX 7247
PHILADELPHIA, PA 19170-7784

SPOT ON HOLD
PO BOX 1836
MAYAGUEZ, PR 00681

TECHNO-AIDE, LLC
PO BOX 305172
DEPT 96
NASHVILLE, TN 37230

TRUMPF MEDIZIN SUSTEME GM
PO BOX 68
FARMINGTON, CT 06034-0068

SPS MEDICAL
6789 W. HENRIETTA ROAD
RUSH, NY 14543

TELEFLEX MEDICAL
PO BOX 601608
CHARLOTTE, NC 28260-1608

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

SS TECHOS, INC
PO BOX 2022
TRUJILLO ALTO, PR 00977

TELEFLEX MEDICAL/CV
PO BOX 601608
CHARLOTTE, NC 28260-1608

UNITED INSURANCE FINANCE
PO BOX 6356
SAN JUAN, PR 00914-6356

STATE INSURANCE FUND CORPORATION
PO BOX 365028
SAN JUAN, PR 00936-5028

TETRA MEDICAL SUPPLY CORP.
6364 WEST GROSS POINT ROAD
NILES, IL 60714

UNITED PARCEL SERVICE
PO BOX 71594
SAN JUAN, PR 00936-8694

STERICYCLE, INC
PO BOX 6582
CAROL STREAM, IL 60197

THERMI FISHER SCIENTIFIC
8364 VALLEY PIKE
MIDDLETOWN, VA 22645

UPM GROUP
PO BOX 192052
SAN JUAN, PR 00919-5052

SURGICAL SPECIALTIES
PO BOX 419407
BOSTON, MA 02241-9407

TIDI PRODUCTS, LLC
PO BOX 776290
CHICAGO, IL 60677-6290

UPR SCHOOL OF MEDICINE
PO BOX 365067
SAN JUAN, PR 00936-5067

SURGICAL SPECIALTIES PR
PO BOX 823444
PHILADELPHIA, PA 19182-3444

TORCOS, INC
PO BOX 29708
SAN JUAN, PR 00929-0708

VEGA MEDICAL, INC
PO BOX 1937
VEGA BAJA, PR 00694-1937

SYSTEM ONE, INC
BOX 10567
SAN JUAN, PR 00922

TRI-TEX ENTERPRISES
4909 LAKAWANA STREET
DALLAS, TX 75247

VYAIRE MEDICAL, INC
29429 NETWORK PLACE
CHICAGO, IL 60673-1294

SYSTRONICS, INC
PO BOX 194030
CA 91940-3000

TRIPLE S-SALUD
PO BOX 71548
SAN JUAN, PR 00936-8648

VYGON
PO BOX 787426
PHILADELPHIA, PA 19178-7426

WATERLOO HEALTHCARE
PO BOX 53555
PHOENIX, AZ 85072-3555


WELLS JOHNSON COMPANY
8000 S. KOLB ROAD
TUCSON, AZ 85756


WESTMED, INC
PO BOX 29661
PHOENIX, AZ 85038-9661


WEXLER SURGICAL, INC.
11333 CHIMNEY ROCK RD.
SUITE 110
HOUSTON, TX 77035


WILFREDO PICORELLI
AVENIDA ROBERTO CLEMENTE
#D-1
CAROLINA, PR 00985


WINCO, INC
5516 SW FIRST LANE
OCALA, FL 34474


WOLF X-RAY CORP
100 WEST INDUSTRY COURT
DEER PARK, NY 11729


YOKOGAWA CORP OF AMERICA
2 DART ROAD
NEWNAN, GA 30265


YOLANDA BENITEZ, COTTO
CITY TOWERS SUITE 802
SAN JUAN, PR 00918